# United States Bankruptcy Court
## District of Oregon

In re   **Salpare Bay, LLC** _____     Case No.  **10-35333-tmb11**

                           Debtor(s)     Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 45,000.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 17, 2010** _____      **/s/ Tara J. Schleicher** _____

                                             **Tara J. Schleicher**
                                             **Farleigh Wada Witt**
                                             **121 SW Morrison, #600**
                                             **Portland, OR 97204-3136**
                                             **503-228-6044  Fax: 503-228-1741**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **Salpare Bay, LLC**
_____,    Case No.    **10-35333-tmb11**
                                    Debtor

Chapter                                   **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 12,000,000.00 | | |
| B - Personal Property | Yes | 4 | 2,962,461.01 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 6,608,487.01 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 234,100.92 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 13,030,672.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 14,962,461.01 | | |
| Total Liabilities | | | | 19,873,260.90 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Oregon

In re    **Salpare Bay, LLC**
_____,    Case No.    __10-35333-tmb11__
                                    Debtor

                                    Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re __Salpare Bay, LLC__ ,  Case No. __10-35333-tmb11__
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **499 N. Tomahawk Island Dr.**<br>**11505 N. Yacht Harbor Dr.**<br>**Portland, OR 97217**<br>**(value estimated by Debtor; subject to change based upon further evidence to be presented later in this proceeding)** | | **-** | **12,000,000.00** | **6,608,487.01** |

|  | Sub-Total > | **12,000,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **12,000,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Salpare Bay, LLC** , Case No. **10-35333-tmb11**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Location: 2501 NE 134th Street #300, Vancouver WA 98686** | - | 80.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Independent Bank checking 1366** | - | 787.24 |
| | | **First Independent Bank checking 1366** | - | 46.71 |
| | | **West Coast Bank checking 5700** | - | 0.00 |
| | | **West Coast Bank checking 6757** | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **NW Natural Gas - security deposit** | - | 259.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           1,173.95
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Salpare Bay, LLC**
_____,    Case No. ___**10-35333-tmb11**___
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Amounts due from marina tenants** | - | 4,847.19 |
| | | **NSF checks** | - | 1,928.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Harbor Investors, LLC c/o Killian Pacific 500 E Broadway, Suite 1100 Vancouver, WA 98660** | - | 2,638,298.78 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **2,645,073.97**
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Salpare Bay, LLC**                                    ,    Case No.    **10-35333-tmb11**
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Sales office furniture 499 N. Tomahawk Is Dr, Portland, OR 97217 | - | 30,529.98 |
| | | Sales office equipment - camera, computers, printer 499 N. Tomahawk Is Dr, Portland, OR 97217 | - | 12,389.61 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      **42,919.59**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Salpare Bay, LLC**                                          ,    Case No.    **10-35333-tmb11**
_____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Sales office - 499 N. Tomahawk Island Dr, Portland, OR 97217** | **-** | **273,293.50** |

| | |
|---|---|
| Sub-Total > | **273,293.50** |
| (Total of this page) | |
| Total > | **2,962,461.01** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Salpare Bay, LLC**                                 ,     Case No.   **10-35333-tmb11**

                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Judgment | | | | | |
| **Bellingham Marine** **PO Box 8** **Bellingham, WA 98227** | X | - | | | 499 N. Tomahawk Island Dr. 11505 N. Yacht Harbor Dr. Portland, OR 97217 **(secured by improvements on marina only)** | X | X | X | | |
| | | | | | Value $     **12,000,000.00** | | | | 309,936.94 | 0.00 |
| Account No. | | | | | Judgment | | | | | |
| **City of Portland** **111 SW Columbia St.** **Portland, OR 97201-5840** | | - | | | 499 N. Tomahawk Island Dr. 11505 N. Yacht Harbor Dr. Portland, OR 97217 | X | X | X | | |
| | | | | | Value $     **12,000,000.00** | | | | 152,028.81 | 0.00 |
| Account No. | | | | | Judgment | | | | | |
| **JE Dunn** **437 N. Columbia Blvd.** **Portland, OR 97217-1007** | X | - | | | 499 N. Tomahawk Island Dr. 11505 N. Yacht Harbor Dr. Portland, OR 97217 | X | X | X | | |
| | | | | | Value $     **12,000,000.00** | | | | 6,008,515.93 | 0.00 |
| Account No. | | | | | Judgment | | | | | |
| **Myhre Group Architects** **700 SW Taylor St., #400** **Portland, OR 97205** | X | - | | | 499 N. Tomahawk Island Dr. 11505 N. Yacht Harbor Dr. Portland, OR 97217 | X | X | X | | |
| | | | | | Value $     **12,000,000.00** | | | | 77,685.63 | 0.00 |

   **1**   continuation sheets attached

Subtotal            **6,548,167.31**      **0.00**

(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re __Salpare Bay, LLC_____,    Case No. __10-35333-tmb11_____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Judgment | | | | | |
| **Thyssenkrup Safway** **8044 Montgomery Rd., Ste. 285** **Cincinnati, OH 45236** | X | - | **499 N. Tomahawk Island Dr.** **11505 N. Yacht Harbor Dr.** **Portland, OR 97217** | X | X | X | | |
| | | | Value $          **12,000,000.00** | | | | 60,319.70 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 60,319.70 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,608,487.01 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Salpare Bay, LLC**                                                    ,    Case No.    **10-35333-tmb11**

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>        1        </u>    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Salpare Bay, LLC**
_____,    Case No.    **10-35333-tmb11**
_____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Precautionary | | | | | | |
| **IRS POB 21126 Philadelphia, PA 19114** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Personal property and real property taxes | | | | | | |
| **Multnomah County Tax Coll. PO Box 2716 Portland, OR 97208** | - | | | | | | 234,100.92 | 0.00 | 234,100.92 |
| Account No. | | | Precautionary | | | | | | |
| **ODR Bkcy 955 Center St NE #353 Salem, OR 97301-2555** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 234,100.92 | 234,100.92 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 234,100.92 | 234,100.92 |

B6F (Official Form 6F) (12/07)

In re **Salpare Bay, LLC** , Case No. **10-35333-tmb11**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **A.G.G. Enterprises, Inc.** **PO Box 17163** **Portland, OR 97217-0163** | X | - | | | | | | 263.07 |
| Account No. | | | | Trade Debt | | | | |
| **AB Laundry** **2900 SW Cornelius Pass Rd.** **Suite 334** **Portland, OR 97213** | X | - | | | | | | 214.05 |
| Account No. | | | | Trade Debt | | | | |
| **Acme Construction Supply** **330 SE Salmon St.** **Portland, OR 97214** | X | - | | | | | | 6,464.30 |
| Account No. | | | | Trade Debt | | | | |
| **Advanced M & D Sales** **2410 N. Mississippi Ave.** **Portland, OR 97227-1709** | | - | | | | | | 1,567.56 |
| | | | | Subtotal (Total of this page) | | | | 8,508.98 |

__12__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salpare Bay, LLC**                                                  ,          Case No.   **10-35333-tmb11**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Trade Debt | | | | |
| **Alder Creek Portland** **250 NE Tomahawk Dr.** **Portland, OR 97217** | | | | | | | | 2,024.00 |
| Account No. | | | - | Trade Debt | | | | |
| **Always Moving** **1555 Almaden Rd.** **San Jose, CA 95125** | X | | | | | | | 261.37 |
| Account No. | | | - | Trade Debt | | | | |
| **Azteca Landscaping** **14509 NE 85th Cir.** **Vancouver, WA 98682** | | | | | | | | 564.00 |
| Account No. | | | - | Trade Debt | | | | |
| **Baldwin Consulting** **4226 NE 18th Ave.** **Portland, OR 97211** | | | | | | | | 554.75 |
| Account No. | | | - | Trade Debt | | | | |
| **Bee Consulting** **1638 NW Riverscape St.** **Portland, OR 97209-1834** | X | | | | | | | 8,212.50 |

Sheet no. __1___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,616.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salpare Bay, LLC**                                    ,          Case No.   __10-35333-tmb11__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| **Building Material Specialties**<br>**PO Box 1019**<br>**Portland, OR 97213** | X | - | | | | | | | 300.00 |
| Account No. | | | | | Trade Debt | | | | |
| **Campbell Crane**<br>**8001 NE 14th Pl.**<br>**Portland, OR 97211** | X | - | | | | | | | 85,000.00 |
| Account No. | | | | | Trade Debt | | | | |
| **Cemex**<br>**920 Memorial City Way**<br>**Suite 100**<br>**Houston, TX 77024** | X | - | | | | | | | 440.21 |
| Account No. | | | | | Utility | | | | |
| **City of Portland Water Bureau**<br>**1120 SW Fifth Ave.**<br>**Room 600**<br>**Portland, OR 97204** | | - | | | | | | | 6,486.97 |
| Account No. | | | | | Trade Debt | | | | |
| **Coast Crane**<br>**5601 NE Columbia Blvd.**<br>**Portland, OR 97218-1237** | | - | | | | | | | 571.79 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        92,798.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Salpare Bay, LLC**                                              ,        Case No.    **10-35333-tmb11**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | X | - | Loan | | | | 1,105,613.18 |
| Account No.<br><br>**DeFrees, Michael J.**<br>**2501 NE 134th St #300**<br>**Vancouver, WA 98686** | | - | Loan | | | | 10,904,738.41 |
| Account No.<br><br>**DJC**<br>**921 SW Washington**<br>**Suite 210**<br>**Portland, OR 97205** | X | - | Trade Debt | | | | 474.00 |
| Account No.<br><br>**Dunkeld Environmental**<br>**7352 SW Capitol Hill Rd.**<br>**Portland, OR 97219** | X | - | Trade Debt | | | | 1,500.00 |
| Account No.<br><br>**Ferguson Enterprises, Inc.**<br>**14103 NW 3rd Ct.**<br>**Vancouver, WA 98685** | X | - | Trade Debt | | | | 78.68 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,012,404.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salpare Bay, LLC**
_____,
                                    Debtor

Case No.   **10-35333-tmb11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Ford Graphics** **1431 NW 17th Ave.** **Portland, OR 97209** | X | - | | | | | | 10,454.43 |
| Account No. | | | | Trade Debt | | | | |
| **Fountain Technologies** **5673 SW Cheltenham Dr.** **Portland, OR 97239** | X | - | | | X | X | X | 7,550.00 |
| Account No. | | | | Trade Debt | | | | |
| **Fusion Partners** **1801 N. Lamar St.** **Dallas, TX 75202** | X | - | | | | | | 38,787.83 |
| Account No. | | | | Trade Debt | | | | |
| **Global Security** **3212 Main St.** **Vancouver, WA 98663** | X | - | | | | | | 509.40 |
| Account No. | | | | Trade Debt | | | | |
| **Hazel Dell Blueprint** **1017 NE 95th St.** **Vancouver, WA 98665-8956** | X | - | | | | | | 79.87 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,381.53

B6F (Official Form 6F) (12/07) - Cont.

In re __Salpare Bay, LLC_____,    Case No. __10-35333-tmb11__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**High View Const. & Consulting**<br>**23455 S Viola Welch Rd.**<br>**Beavercreek, OR 97004-8832** | X | - | | **Trade Debt** | | | | 1,500.00 |
| Account No.<br><br>**Integra Telecom**<br>**PO Box 3034**<br>**Portland, OR 97208** | X | - | | **Utility** | | | | 1,255.17 |
| Account No.<br><br>**Intelligent Community Services**<br>**3303 SW Bond Ave.**<br>**Portland, OR 97239-4501** | X | - | | **Trade Debt** | X | X | X | 13,837.00 |
| Account No.<br><br>**Interface Engineering**<br>**708 SW 3rd**<br>**Portland, OR 97204-2493** | X | - | | **Trade Debt** | | | | 5,082.35 |
| Account No.<br><br>**Interspace Airport Advertising**<br>**4635 Crackersport Rd.**<br>**Allentown, PA 18104** | X | - | | **Trade Debt** | | | | 5,970.00 |

Sheet no. _5_ of _12_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     27,644.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salpare Bay, LLC**
                                                                    ,        Case No.    **10-35333-tmb11**
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Attorney Fees** | | | | |
| **Jordan Schrader Attorneys** <br> **PO Box 230669** <br> **Portland, OR 97281** | X | - | | | | | 10,192.86 |
| Account No. | | | **Trade Debt** | | | | |
| **KPFF Consulting** <br> **111 SW Fifth Ave.** <br> **Suite 2500** <br> **Portland, OR 97204** | X | - | | | | | 8,500.00 |
| Account No. | | | **Trade Debt** | | | | |
| **Lamar Companies** <br> **PO Box 66338** <br> **Baton Rouge, LA 70896** | X | - | | | | | 5,760.00 |
| Account No. | | | **Attorney Fees** | | | | |
| **Landerholm Memovich Lansverk** <br> **PO Box 1086** <br> **Vancouver, WA 98666-1086** | | - | | | | | 17,389.44 |
| Account No. | | | **Trade Debt** | | | | |
| **Landscape Management & Service** <br> **1071 N. 13th St.** <br> **San Jose, CA 95112** | | - | | | | | 135.00 |

Sheet no. **6** of **12** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,977.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **Salpare Bay, LLC**                                    ,        Case No.    **10-35333-tmb11**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Advertising | | | | |
| Marinas.com Inc. 3219 SW Channel Jupiter, FL 33477 | | - | | | | | 1,195.00 |
| Account No. | | | Rental fees | | | | |
| Max Leasing, LLC 13023 NE Highway 99, Suite 7 PMB 204 Vancouver, WA 98686 | X | - | | | | | 87,631.68 |
| Account No. | | | Trade Debt | | | | |
| Naegeli Reporting 111 SW Fifth Ave., Suite 2020 Portland, OR 97205 | X | - | | | | | 867.75 |
| Account No. | | | Trade Debt | | | | |
| National Construction Rentals PO Box 4503 Pacoima, CA 91333-4503 | X | - | | | | | 310.08 |
| Account No. | | | Trade Debt | | | | |
| NW Cable News PO Box 120933 Dept. 890933 Dallas, TX 75312 | | - | | | | | 2,775.00 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,779.51

B6F (Official Form 6F) (12/07) - Cont.

In re __**Salpare Bay, LLC**_____,        Case No.   __10-35333-tmb11__
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Advertising | | | | |
| NW Yachting Magazine 7342 15th Ave. NW Seattle, WA 98117 | X | - | | | | | | 469.00 |
| Account No. | | | | Trade Debt | | | | |
| Oregon Corinthian Sailing Assn PO Box 28314 Portland, OR 97208 | | - | | | | | | 225.00 |
| Account No. | | | | Trade debt | | | | |
| Oregon Dept of Environ Quality 811 SW 6th Portland, OR 97204 | X | - | | | | | | 765.00 |
| Account No. | | | | Trade debt | | | | |
| Paradigm Communications PO Box 65229 Seattle, WA 98155 | X | - | | | | | | 12,619.25 |
| Account No. | | | | Utility | | | | |
| Portland General Electric PO Box 4438 Portland, OR 97208 | X | - | | | | | | 12,252.49 |

Sheet no. __8___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            26,330.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salpare Bay, LLC**                                                    ,        Case No.   **10-35333-tmb11**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Advertising | | | | |
| **Portland Monthly** **234 SW Broadway** **Portland, OR 97205** | X | - | | | | | | 8,688.00 |
| Account No. | | | | Utility | | | | |
| **Portland Water Bureau** **PO Box 4216** **Portland, OR 97208-4216** | | - | | | | | | 190.23 |
| Account No. | | | | Trade Debt | | | | |
| **Priority One Cleaning** **21285 S. Lower Highland Rd.** **Beavercreek, OR 97004** | X | - | | | | | | 3,575.00 |
| Account No. | | | | Trade debt | | | | |
| **Pro Touch Painting** **PO Box 821791** **Vancouver, WA 98682** | X | - | | | | | | 2,609.23 |
| Account No. | | | | Trade Debt | | | | |
| **Professional Serv. Industries** **6032 N. Cutter Circle #480** **Portland, OR 97217** | X | - | | | | | | 34,073.90 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 49,136.36

B6F (Official Form 6F) (12/07) - Cont.

In re __Salpare Bay, LLC_____,    Case No. __10-35333-tmb11__
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Attorney Fees | | | | |
| Ramis Crew Corrigan 1727 NW Hoyt St. Portland, OR 97209 | X | | - | | | | | | 3,375.46 |
| Account No. | | | | | Trade Debt | | | | |
| RCI Architectural 7030 NE 46th Ave. Portland, OR 97218 | X | | - | | | | | | 3,280.00 |
| Account No. | | | | | Attorney Fees | | | | |
| Schwabe Williamson & Wyatt 1211 SW 5th Ave. Portland, OR 97204-3795 | X | | - | | | | | | 1,080.03 |
| Account No. | | | | | Trade Debt | | | | |
| Security Contractor Serv. Inc. PO Box 20185 Portland, OR 97220 | X | | - | | | | | | 520.84 |
| Account No. | | | | | Trade Debt | | | | |
| Sign-A-Rama 6300 NE James Rd. Ste. 103-A Vancouver, WA 98663 | X | | - | | | | | | 47.33 |

Sheet no. _10_ of _12_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,303.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salpare Bay, LLC** _____,    Case No.   **10-35333-tmb11**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Attorney Fees | | | | |
| **Stoel Rives**<br>**900 SW Fifth Ave.**<br>**Portland, OR 97204-1268** | | - | | | | | 510,109.07 |
| Account No. | | | Trade Debt | | | | |
| **Team Builder JLS**<br>**14205 SE 36th St.**<br>**Ste. 200**<br>**Bellevue, WA 98006** | | - | | X | X | X | 61,854.91 |
| Account No. | | | Trade Debt | | | | |
| **URS Corporation**<br>**PO Box 121028**<br>**Dept. 1028**<br>**Dallas, TX 75312** | X | - | | | | | 11,018.00 |
| Account No. | | | Trade Debt | | | | |
| **Vincent Publishing**<br>**3560 Millikin Ct.**<br>**Columbus, OH 43228** | X | - | | | | | 2,500.00 |
| Account No. | | | Trade Debt | | | | |
| **W&H Pacific**<br>**9755 SW Barnes Rd. #300**<br>**Portland, OR 97225** | X | - | | | | | 8,730.35 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                594,212.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salpare Bay, LLC**                                              ,      Case No.    **10-35333-tmb11**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Water's Edge Pond Construction** **10637 Northeast Coxley Dr.** **Vancouver, WA 98662-6119** | X | - | | | | | | 1,196.00 |
| Account No. | | | | Trade Debt | | | | |
| **Westside Drywall** **2755 Pacific Hwy.** **Hubbard, OR 97032-9640** | X | - | | | | | | 2,600.00 |
| Account No. | | | | Trade Debt | | | | |
| **Wilcox Electric** **300 Washington St.** **Vancouver, WA 98660** | X | - | | | | | | 3,782.18 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 7,578.18 |
| Total (Report on Summary of Schedules) | | 13,030,672.97 |

B6G (Official Form 6G) (12/07)

In re    **Salpare Bay, LLC**                             ,        Case No.   **10-35333-tmb11**

                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gateway National Corp.**<br>**13023 NE Hwy 99 #7**<br>**Vancouver, WA 98686** | **Property Management Agreement for operation, control, rent and lease of the marina property located at 499 N. Tomahawk Island Dr, Portland, OR** |

**0**
     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Salpare Bay, LLC**
_____,    Case No.    **10-35333-tmb11**
                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **A.G.G. Enterprises, Inc.**<br>**PO Box 17163**<br>**Portland, OR 97217-0163** |
| **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **Bee Consulting**<br>**1638 NW Riverscape St.**<br>**Portland, OR 97209-1834** |
| **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **Cemex**<br>**920 Memorial City Way**<br>**Suite 100**<br>**Houston, TX 77024** |
| **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **Dunkeld Environmental**<br>**7352 SW Capitol Hill Rd.**<br>**Portland, OR 97219** |
| **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **Ferguson Enterprises, Inc.**<br>**14103 NW 3rd Ct.**<br>**Vancouver, WA 98685** |
| **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **Intelligent Community Services**<br>**3303 SW Bond Ave.**<br>**Portland, OR 97239-4501** |
| **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **RCI Architectural**<br>**7030 NE 46th Ave.**<br>**Portland, OR 97218** |
| **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **Security Contractor Serv. Inc.**<br>**PO Box 20185**<br>**Portland, OR 97220** |
| **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **Westside Drywall**<br>**2755 Pacific Hwy.**<br>**Hubbard, OR 97032-9640** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** | **AB Laundry**<br>**2900 SW Cornelius Pass Rd.**<br>**Suite 334**<br>**Portland, OR 97213** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Acme Construction Supply**<br>**330 SE Salmon St.**<br>**Portland, OR 97214** |

**4**
____  continuation sheets attached to Schedule of Codebtors

In re __Salpare Bay, LLC_____,    Case No. __10-35333-tmb11_____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Always Moving**<br>**1555 Almaden Rd.**<br>**San Jose, CA 95125** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Bellingham Marine**<br>**PO Box 8**<br>**Bellingham, WA 98227** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Building Material Specialties**<br>**PO Box 1019**<br>**Portland, OR 97213** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Campbell Crane**<br>**8001 NE 14th Pl.**<br>**Portland, OR 97211** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Columbia Rim Construction Inc**<br>**2501 NE 134th St., #300**<br>**Vancouver, WA 98686** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **DJC**<br>**921 SW Washington**<br>**Suite 210**<br>**Portland, OR 97205** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Ford Graphics**<br>**1431 NW 17th Ave.**<br>**Portland, OR 97209** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Fountain Technologies**<br>**5673 SW Cheltenham Dr.**<br>**Portland, OR 97239** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Fusion Partners**<br>**1801 N. Lamar St.**<br>**Dallas, TX 75202** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Global Security**<br>**3212 Main St.**<br>**Vancouver, WA 98663** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Hazel Dell Blueprint**<br>**1017 NE 95th St.**<br>**Vancouver, WA 98665-8956** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **High View Const. & Consulting**<br>**23455 S Viola Welch Rd.**<br>**Beavercreek, OR 97004-8832** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Integra Telecom**<br>**PO Box 3034**<br>**Portland, OR 97208** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re   **Salpare Bay, LLC**                                                      ,     Case No.   **10-35333-tmb11**
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Interface Engineering**<br>**708 SW 3rd**<br>**Portland, OR 97204-2493** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Interspace Airport Advertising**<br>**4635 Crackersport Rd.**<br>**Allentown, PA 18104** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **JE Dunn**<br>**437 N. Columbia Blvd.**<br>**Portland, OR 97217-1007** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Jordan Schrader Attorneys**<br>**PO Box 230669**<br>**Portland, OR 97281** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **KPFF Consulting**<br>**111 SW Fifth Ave.**<br>**Suite 2500**<br>**Portland, OR 97204** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Lamar Companies**<br>**PO Box 66338**<br>**Baton Rouge, LA 70896** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Max Leasing, LLC**<br>**13023 NE Highway 99, Suite 7**<br>**PMB 204**<br>**Vancouver, WA 98686** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Myhre Group Architects**<br>**700 SW Taylor St., #400**<br>**Portland, OR 97205** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Naegeli Reporting**<br>**111 SW Fifth Ave., Suite 2020**<br>**Portland, OR 97205** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **National Construction Rentals**<br>**PO Box 4503**<br>**Pacoima, CA 91333-4503** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **NW Yachting Magazine**<br>**7342 15th Ave. NW**<br>**Seattle, WA 98117** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Oregon Dept of Environ Quality**<br>**811 SW 6th**<br>**Portland, OR 97204** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Paradigm Communications**<br>**PO Box 65229**<br>**Seattle, WA 98155** |

Sheet  __2__  of  __4__  continuation sheets attached to the Schedule of Codebtors

In re    **Salpare Bay, LLC**                                                                          ,        Case No. __**10-35333-tmb11**__
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Portland General Electric**<br>**PO Box 4438**<br>**Portland, OR 97208** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Portland Monthly**<br>**234 SW Broadway**<br>**Portland, OR 97205** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Priority One Cleaning**<br>**21285 S. Lower Highland Rd.**<br>**Beavercreek, OR 97004** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Pro Touch Painting**<br>**PO Box 821791**<br>**Vancouver, WA 98682** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Professional Serv. Industries**<br>**6032 N. Cutter Circle #480**<br>**Portland, OR 97217** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Ramis Crew Corrigan**<br>**1727 NW Hoyt St.**<br>**Portland, OR 97209** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Schwabe Williamson & Wyatt**<br>**1211 SW 5th Ave.**<br>**Portland, OR 97204-3795** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Sign-A-Rama**<br>**6300 NE James Rd.**<br>**Ste. 103-A**<br>**Vancouver, WA 98663** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Thyssenkrup Safway**<br>**8044 Montgomery Rd., Ste. 285**<br>**Cincinnati, OH 45236** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **URS Corporation**<br>**PO Box 121028**<br>**Dept. 1028**<br>**Dallas, TX 75312** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Vincent Publishing**<br>**3560 Millikin Ct.**<br>**Columbus, OH 43228** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **W&H Pacific**<br>**9755 SW Barnes Rd. #300**<br>**Portland, OR 97225** |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Water's Edge Pond Construction**<br>**10637 Northeast Coxley Dr.**<br>**Vancouver, WA 98662-6119** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re    **Salpare Bay, LLC**                                                    ,    Case No.    **10-35333-tmb11**
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Columbia Rim Corporation**<br>**2501 NE 134th St, #300**<br>**Vancouver, WA 98686** | **Wilcox Electric**<br>**300 Washington St.**<br>**Vancouver, WA 98660** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Salpare Bay, LLC**

Debtor(s)

Case No.   **10-35333-tmb11**

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of Salpare Bay, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**30**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 17, 2010**

Signature   **/s/ Michael J. DeFrees, President of Columbia Rim Corp.**

**Michael J. DeFrees, President of Columbia Rim Corp.**
**Manager of Salpare Bay, LLC**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Oregon

In re __**Salpare Bay, LLC**_____  Case No. ___**10-35333-tmb11**___

Debtor(s)  Chapter ___**11**___

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$116,199.53** | **2008 - Gross revenue from marina operations** |
| **$305,805.16** | **2009 - Gross revenue from marina operations** |
| **$178,389.96** | **2010 - Gross revenue from marina operations** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE

---

#### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Portland General Electric**<br>**PO Box 4438**<br>**Portland, OR 97208** | **3/15/10; 3/22/10; 4/7/10;**<br>**4/14/10; 4/29/10; 5/24/10;**<br>**6/1/10** | **$16,937.57** | **$12,252.49** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **JE Dunn NW, Inc. v. Salpare**<br>**Bay, LLC, et al.**<br>**Case No. 0710-13536** | **Civil lawsuit** | **Multnomah County Circuit**<br>**Court** | **Judgment entered against**<br>**debtor** |
| **FDIC v. Salpare Bay LLC, et**<br>**al.**<br>**Case No. 10-CV-00373-PK** | **Civil lawsuit** | **US District Court, District of**<br>**Oregon** | **Settled 6/2010** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Farleigh Wada Witt 121 SW Morrison, #600 Portland, OR 97204-3136** | **6/2/10** | **$5,000.00  retainer** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Farleigh Wada Witt**<br>**121 SW Morrison, #600**<br>**Portland, OR 97204-3136** | **6/1/10** | **$2,210.31  pre-bankruptcy planning** |

### 10.  Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF                    ENVIRONMENTAL
                                GOVERNMENTAL UNIT              NOTICE                    LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF                    ENVIRONMENTAL
                                GOVERNMENTAL UNIT              NOTICE                    LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Paul Grad**<br>**2501 NW 134th St #300**<br>**Vancouver, WA 98686** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 17, 2010**                Signature    **/s/ Michael J. DeFrees, President of Columbia Rim Corp.**

**Michael J. DeFrees, President of Columbia Rim Corp.
Manager of Salpare Bay, LLC**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*