Tara J. Schleicher, OSB #954021
TSchleicher@fwwlaw.com
Christopher L. Parnell, OSB #054352
CParnell@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Fax: (503) 228-1741

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 10-35333-tmb11 |
|---|---|
| Salpare Bay, LLC, | DEBTOR'S RESPONSE TO J.E. DUNN CONSTRUCTION COMPANY'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIM |
| Debtor. | |

      Salpare Bay, LLC (the "Debtor") hereby responds to J.E. Dunn Construction Company's Motion for Temporary Allowance of Claim (the "Motion") as follows.

      The Debtor does not concede that the background facts set forth in J.E. Dunn Construction Company's ("Dunn") motion are correct or that Dunn's claim should be allowed for any purpose in the amount asserted by Dunn. However, the Debtor does not object to the temporary allowance of Dunn's claim for voting purposes because Dunn is separately classified from other creditors and, thus, the amount of its claim has no effect on whether its class is deemed to accept or reject the Debtor's plan. The Debtor preserves its rights to object to the

/ / /

/ / /

/ / /

/ / /

Page 1 - DEBTOR'S RESPONSE TO J.E. DUNN'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIM
P:\DOCS\SALPAR\28606\PLDG\30U1725.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

1 amount, validity and nature of Dunn's claim as set forth in the Debtor's objection to Dunn's

2 claim and as set forth in the adversary proceeding currently pending against Dunn.

3    Dated:  November 8, 2010.

4    FARLEIGH WADA WITT

5

6    By:/s/ Tara J. Schleicher
     Tara J. Schleicher, OSB #954021
     TSchleicher@fwwlaw.com

7    Christopher L. Parnell, OSB #054352
     CParnell@fwwlaw.com

8    (503) 228-6044
     Attorneys for Debtor

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
Page 2 - DEBTOR'S RESPONSE TO J.E. DUNN'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIM
P:\DOCS\SALPAR\28606\PLDG\30U1725.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2010 I served the foregoing **DEBTOR'S RESPONSE TO J.E. DUNN CONSTRUCTION COMPANY'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIM** on the following parties <u>*via electronic notification, e-mail, facsimile or by depositing a true copy thereof, contained in a sealed envelope, with first-class postage prepaid*</u>, addressed to said parties at the last known address shown below and in the U.S. mail at Portland, Oregon:

| | |
|---|---|
| Salpare Bay, LLC<br>2501 NE 134th Street #300<br>Vancouver, WA 98686<br>**First Class Mail**<br>Debtor | United States Trustee<br>620 SW Main Street, Suite 213<br>Portland, OR 97205<br>**Electronic Notification** |
| Stoel Rives<br>900 SW Fifth Ave.<br>Portland, OR 97204-1268<br>**First Class Mail** | Campbell Crane<br>8001 NE 14th Pl.<br>Portland, OR 97211<br>**First Class Mail** |
| Team Builder JLS<br>14205 SE 36th St.<br>Ste. 200<br>Bellevue, WA 98006<br>**First Class Mail** | Fusion Partners<br>1801 N. Lamar St.<br>Dallas, TX 75202<br>**First Class Mail** |
| Professional Serv. Industries<br>6032 N. Cutter Circle #480<br>Portland, OR 97217<br>**First Class Mail** | Landerholm Memovich Lansverk<br>PO Box 1086<br>Vancouver, WA 98666-1086<br>**First Class Mail** |
| Intelligent Community Services<br>1030 Northwest 12th Ave.,<br>Portland, OR 97209<br>**First Class Mail** | Paradigm Communications<br>PO Box 65229<br>Seattle, WA 98155<br>**First Class Mail** |
| Portland General Electric<br>PO Box 4438<br>Portland, OR 97208<br>**First Class Mail** | URS Corporation<br>1950 North Stemmons Freeway, Suite 6000<br>Dallas, TX 75207<br>**First Class Mail** |
| Ford Graphics<br>1431 NW 17th Ave.<br>Portland, OR 97209<br>**First Class Mail** | Jordan Schrader Attorneys<br>PO Box 230669<br>Portland, OR 97281<br>**First Class Mail** |

Page 1 – CERTIFICATE OF SERVICE

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

| | | |
|---|---|---|
| 1 | W&H Pacific | Portland Monthly |
|   | 9755 SW Barnes Rd. #300 | 623 SW Oak St., #300 |
| 2 | Portland, OR 97225 | Portland, OR 97205 |
|   | **First Class Mail** | **First Class Mail** |
| 3 | | |
|   | KPFF Consulting | Bee Consulting |
| 4 | 111 SW Fifth Ave. | 170 W Dayton #206 |
|   | Suite 2500 | Edmonds, WA 98020 |
| 5 | Portland, OR 97204 | **First Class Mail** |
|   | **First Class Mail** | |
| 6 | | |
|   | Fountain Technologies | City of Portland |
| 7 | 5673 SW Cheltenham Dr. | City Attorney's Office |
|   | Portland, OR 97239 | Attn: Linda Law |
| 8 | **First Class Mail** | 1221 SW 4th Ave., Rm. 430 |
|   | | Portland, OR 97204 |
| 9 | | **First Class Mail** |
|   | | |
| 10 | Acme Construction Supply | Interspace Airport Advertising |
|   | 330 SE Salmon St. | 4635 Crackersport Rd. |
| 11 | Portland, OR 97214 | Allentown, PA 18104 |
|   | **First Class Mail** | **First Class Mail** |
| 12 | | |
|   | Jan D Sokol | Joe Lozano |
| 13 | Stewart Sokol & Gray LLC | POB 829009 |
|   | 2300 SW 1st Ave Ste 200 | Dallas, TX 75382-9009 |
| 14 | Portland OR 97201 | **Electronic Notification** |
|   | **Electronic Notification** | |
| 15 | | |
|   | Peter J Viteznik | Joseph M VanLeuven |
| 16 | Kilmer Voorhees & Laurick PC | Davis Wright Tremaine LLP |
|   | 732 NW 19th Ave | 1300 SW 5th Ave Ste 2300 |
| 17 | Portland OR 97209 | Portland OR 97201 |
|   | **Electronic Notification** | **Electronic Notification** |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

Page 2 – CERTIFICATE OF SERVICE

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

| | |
|---|---|
| 1 | |
| 2 | Jennifer Aspaas<br>Routh Crabtree Olsen, P.S.<br>13555 SE 36th St., Suite 300 |
| 3 | Bellevue, WA 98006<br>**Electronic Notification** |
| 4 | |
| 5 | Dated: November 8, 2010. |
| 6 | FARLEIGH WADA WITT |
| 7 | |
| 8 | By: /s/ Tara J. Schleicher<br>Tara J. Schleicher, OSB #954021 |
| 9 | (503) 228-6044<br>tschleicher@fwwlaw.com |
| 10 | Attorneys for Salpare Bay, LLC |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Page  3 – CERTIFICATE OF SERVICE

P:\DOCS\SALPAR\28606\PLDG\30U1931.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741