U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

June 17, 2011

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*(signature)*

**U.S. Bankruptcy Judge**

OADS (12/1/09) ljr

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
**Salpare Bay, LLC**
Debtor(s)

) Case No. **10–35333–tmb11**
)
)
) ORDER APPROVING DISCLOSURE STATEMENT
) AND FIXING TIME FOR FILING ACCEPTANCES OR
) REJECTIONS OF PLAN; **AND NOTICE OF**
) **CONFIRMATION HEARING**

The Court finds after hearing on notice that the final form of disclosure statement required by Chapter 11 of the Bankruptcy Code as filed by **the debtor(s)**, and dated **6/13/11**, contains adequate information. The debtor's address is 2501 NE 134th Street #300, Vancouver, WA 98686, and Taxpayer ID# is 36–4587032.

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1.  The disclosure statement mentioned above is approved;

2.  Written ballots accepting or rejecting the plan or amended plan dated **6/13/11** must be received by the proponent of the plan **Tara J Schleicher**, whose service address is **Farleigh Wada Witt, 121 SW Morrison St #600, Portland, OR 97204–3136**, no less than seven days before the hearing date set in point 4.

3.  Objections to the proposed plan must be in writing, setting forth the specific grounds and details of objection, and must be filed, no less than seven days before the hearing date set in point 4, with the Clerk of Court, 1001 SW 5th Ave #700, Portland, OR 97204, and a copy simultaneously served on the plan's proponent; debtor(s); trustee; and creditor committee chairperson; and each attorney for any of those parties.

4.  The hearing on confirmation of the plan, at which testimony will be received if offered and admissible, will be held on **8/11/11** at **09:30 AM,** in **US Bankruptcy Court, Courtroom #4, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204.**

5.  A notice, if appropriate, must be prepared in accordance with Fed. Bankruptcy Rule 2002(c)(3) and must describe all acts enjoined by the plan that are not otherwise enjoined under the Bankruptcy Code. The notice must be separately filed and served with this order.

Page 1 of 2                          * * * SEE NEXT PAGE * * *

6.  Complaints objecting to the debtor's full discharge pursuant to 11 U.S.C. §1141(d)(3) and Fed. Bankruptcy Rule 4004(a) must be filed no later than the date fixed in point 4.

7.  No later than 14 days after the "FILED" date on page 1 the plan proponent must both: (a) serve, as provided in Fed. Bankruptcy Rule 3017(d), a copy of this order and any notice prepared and filed under point 5, together with a copy of the plan, disclosure statement, and a ballot; and (b) complete and file the "Certificate of Service" below (without any attachments).

8.  A Summary of the Ballots by Class (LBF #1181), and a Report of Administrative Expenses (LBF #1182) must be filed with the Clerk's Office no less than three business days before the hearing date in point 4. A copy of the Summary must be contemporaneously served on any Creditors' Committee. The plan proponent must comply with the requirements in LBF #1181 with regard to the actual ballots.

###

## CERTIFICATE OF SERVICE

I certify that on _____ copies of all documents required by point 7 above were served on the U.S. Trustee, debtor(s), any trustee, and their respective attorneys; all creditors and interested parties; the S.E.C. at the address provided on the court's Internet site at www.orb.uscourts.gov; and any identified entity subject to an injunction provided for in the plan against conduct not otherwise enjoined under the Bankruptcy Code.

_____
Signature

_____
Name and Relation to Case