DISTRICT OF OREGON
**F I L E D**
**June 28, 2011**
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

*[Signature: Trish M. Brown]*
TRISH M. BROWN
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| In re | Case No. 10-35333-tmb11 |
|---|---|
| Salpare Bay, LLC,<br><br>　　　　　　Debtor. | PRELIMINARY ORDER REGARDING DEBTOR'S MOTION TO OBTAIN POST-PETITION CREDIT SECURED BY PRIMING LIEN |

This matter came before this Court on June 24, 2011, upon Debtor Salpare Bay, LLC's ("Debtor") Motion to Obtain Post-Petition Credit Secured by Priming Lien (the "Motion") (Docket No. 243). No objections were filed except for the objection filed by Stoel Rives, LLP (Docket No. 247). The Court, having heard argument of counsel and having been informed that the U.S. Trustee requested an opportunity to review the loan documents prior to final approval of the DIP Loan and that Access Business Finance, LLC ("Access") requires the remaining application fee of $8,000 be paid prior to preparation of the loan documents, and being otherwise fully advised in the premises, it is hereby

ORDERED as follows:

1. The Debtor is authorized to pay the remaining application fee of $8,000 to Access;

**Page 1 of 2** – PRELIMINARY ORDER REGARDING DEBTOR'S MOTION TO OBTAIN POST-PETITION CREDIT SECURED BY PRIMING LIEN
\\sql01\plaw\DOCS\SALPAR\28606\PLDG\33N2294.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

      2.      Access shall provide the loan documents to the Debtor for distribution to the parties on or before July 13, 2011; and

      3.      A final hearing on the Motion shall take place on July 18, 2011 at 10:30 a.m. in Courtroom #4, 1001 SW Fifth Avenue, 7th Floor, Portland, Oregon.

# # #

**PRESENTED BY:**

FARLEIGH WADA WITT

By: /s/ Kimberley Hanks McGair
    Tara J. Schleicher, OSB #954021
    Kimberley Hanks McGair, OSB #984205
    tschleicher@fwwlaw.com
    kmcgair@fwwlaw.com
    Of Attorneys for Debtor

cc:  Interested Parties

**Page 2 of 2** – PRELIMINARY ORDER REGARDING DEBTOR'S MOTION TO OBTAIN POST-PETITION CREDIT SECURED BY PRIMING LIEN
\\sql01\plaw\DOCS\SALPAR\28606\PLDG\33N2294.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

**List of Interested Parties**
**In re Salpare Bay, LLC, Case No. 10-35333-tmb11**

**NON-ECF PARTICIPANTS (served by First Class Mail)**

Salpare Bay, LLC
2501 NE 134th Street #300
Vancouver, WA 98686

Campbell Crane
8001 NE 14th Pl.
Portland, OR 97211

Acme Construction Supply
330 SE Salmon St.
Portland, OR 97214

Portland General Electric
PO Box 4404
Portland, OR 97208

URS Corporation
PO Box 121028
Dept. 1028
Dallas, TX 75312

Fusion Partners
1801 N. Lamar St.
Dallas, TX 75202

Team Builder JLS
14205 SE 36th St., Ste. 200
Bellevue, WA 98006

Jordan Schrader Attorneys
PO Box 230669
Portland, OR 97281

Portland Monthly
234 SW Broadway
Portland, OR 97205

Landerholm Memovich Lansverk
PO Box 1086
Vancouver, WA 98666-1086

Professional Serv. Industries
6032 N. Cutter Circle #480
Portland, OR 97217

Bee Consulting
1638 NW Riverscape St.
Portland, OR 97209-1834

City of Portland
City Attorney's Office
Attn: Linda Law
1221 SW 4th Ave., Rm. 430
Portland, OR 97204

Paradigm Communications
PO Box 65229
Seattle, WA 98155

Intelligent Community Services
3303 SW Bond Ave.
Portland, OR 97239-4501

Interspace Airport Advertising
4635 Crackersport Rd.
Allentown, PA 18104

Fountain Technologies
5673 SW Cheltenham Dr.
Portland, OR 97239

Ford Graphics
1431 NW 17th Ave.
Portland, OR 97209

W&H Pacific
9755 SW Barnes Rd. #300
Portland, OR 97225

KPFF Consulting
111 SW Fifth Ave., Suite 2500
Portland, OR 97204