7/18/2011                    **MONDAY**                          Judge Trish M Brown

10:30 AM      ■ 10-35333  tmb 11    Salpare Bay, LLC
CR 4

                            Final Hearing RE: Motion For Authority to Obtain Credit and Supporting
                            Document(s). Filed by Debtor Salpare Bay, LLC. (SCHLEICHER, TARA) (243)
                            Notice of Final Hearing and Motion For Authority to Obtain Credit . Filed by
                            Debtor Salpare Bay, LLC Hearing Scheduled for 7/18/2011 at 10:30 AM at
                            Courtroom #4, Portland. (SCHLEICHER, TARA) (266)
                            Salpare Bay, LLC - db             TARA J SCHLEICHER

**Evidentiary Hearing:**      Yes: ☒   No: ☐

Prior to confirmation, up to $500,000 may be borrowed from Access Business Group on a priming loan;

Funds should not be spent unless absolutely necessary;

Notice of default on priming loan will be given via e-mail to the parties;

Fees for loan must be reasonable

Order on protective order from 6/24/11 hearing must be uploaded by 7/19/11. FHA lender to be disclosed to Stoel Rives. Stoel Rives may not contact lender w/o cort order. Documents produced by 7/22/11.

If any party requests, Confirmation Issues will be submitted to Judge Hogan.

Order to be prepared by:    ☐ clerk's office    ☐ chambers    ☐ _____

DOCKET ENTRY:

In Re: Motion to Obtain Credit )
) Case # 10-35333
)
)
)
Debtor Jalpare Bay, LLC

# List of Persons Attending

Date of Hearing 7/18/11

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Angela Otto | JE Dunn |
| Chris Kuydur | Stull Rives |
| Vivienne Popperel | UST |
| Chris Carson | Harris Rebar |
| Tara Schleicher | Debtor |
| Mike DeFrees | " |
| ✱ Phone | |
| Jack Cullen | Access Business |