8/11/2011                          **THURSDAY**                          **Judge Trish M Brown**

09:30 AM        ■ 10-35333 tmb 11    Salpare Bay, LLC
CR 4

Third Amended  Chapter 11 Plan of Reorganization Filed by Debtor Salpare Bay,
LLC (Attachments: # (1) Volume(s) Part 2)(SCHLEICHER, TARA) Modified on
6/14/2011 (ljr). Corrected docket text to add  Third Amended . (240)
    Salpare Bay, LLC - db                          TARA J SCHLEICHER

**Evidentiary Hearing:**        Yes: ☑  No: ☐

Plan Amendments accepted, Stoel Rives now accepts the Plan,
with the proviso that Debtor obtains the vote of        as Amended
Multnomah County in favor of the Plan, the Plan
Complies with all the requrements of 11 USC § 1129
and can be Confirmed.
Ms. Kosydar to withdraw the notice of appeal

Order to be prepared by:   ☐ clerk's office   ☐ chambers   ☑ Ms. Schleicher

DOCKET ENTRY:

In Re: Confirmation of Third Amended Plan ) ) ) ) )

Case # 10-35333

Debtor Salpare Bay, LLC

# List of Persons Attending

Date of Hearing 8/11/11

**PRINT YOUR NAME**

**PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT**

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
| --- | --- |
| Ivan Rose | Obsidian Finance |
| Tara Schleicher | Salpare |
| Mike DeFrees | " |
| Chris Kesydler | Sorel Rivers |
| Jan Sokol | JE Dunn |
| Angie Otto | JE DMU |