# FWW FARLEIGH WADA WITT
Attorneys

**Tara J. Schleicher**
Attorney
Admitted in Oregon and Washington

tschleicher@fwwlaw.com

121 SW Morrison Street, Suite 600
Portland, Oregon 97204
tel 503.228.6044
fax 503.228.1741
www.fwwlaw.com

August 11, 2011

VIA ECF

The Honorable Trish Brown
United States Bankruptcy Court
1001 SW 5th Ave., #700
Portland, OR 97204

Re:   *In re Salpare Bay, LLC, Case No. 10-35333-tmb11*

Dear Judge Brown:

I received the Ballot for Accepting or Rejection Plan from Multnomah County, pursuant to which Multnomah County accepts the Third Amended Plan of Reorganization dated June 13, 2011 (the "Plan").

Based upon your ruling this morning at the confirmation hearing, it is my understanding that the Court will confirm the Plan upon my representation that I received a ballot from Multnomah County accepting the Plan. Therefore, I am uploading the Order Confirming Debtor's Third Amended Plan of Reorganization dated June 13, 2011 (the "Order") for your review. As stated at the hearing this morning, the parties present at the confirmation hearing have approved the form of the Order.

Thank you for all of your assistance in this case.

Very truly yours,

/s/ Tara J. Schleicher

Tara J. Schleicher

TJS/dh
P:\DOCS\SALPAR\28606\PLDG\3826695.DOC

cc:   Jan Sokol
      Angie Otto
      Chris Carson
      Chris Kosydar
      Client